AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SINGLETON, JAMES K. | U.S. DISTRICT COURT, ALASKA | 07/01/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - SENIOR STATUS | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

THE JAMES M. FITZGERALD UNITED STATES COURTHOUSE AND FEDERAL BUILDING
222 W. 7TH AVENUE
ANCHORAGE, AK 99513-7524

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 01/01/1994 | STATE OF ALASKA, JUDICIAL RETIREMENT |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN - RETIREMENT INCOME | $121,751.16 |
| 2. 2018 | MERRILL LYNCH AS CUSTODIAN - RETIREMENT INCOME | $2,555.87 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2018 | TRANSAMERICA LIFE INSURANCE COMPANY - RETIREMENT PLAN |
| 2. 2018 | STATE OF ALASKA RETIREMENT AND BENEFITS PLAN FOR TEACHERS - RETIREMENT INCOME |
| 3. 2018 | MERRILL LYNCH AS CUSTODIAN - RETIREMENT INCOME |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

**V. GIFTS.** *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

**VI. LIABILITIES.** *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. FNBA BANK ACCOUNT | | None | M | T | | | | | |
| 2. ALASKA SUPPLEMENTAL ANNUITY PLAN | | None | N | T | Distributed (part) | 12/31/18 | K | E | |
| 3. MERRILL LYNCH WEALTH MANAGEMENT ACCOUNT ▨ : (H) | | | | | | | | | |
| 4. AMN ELEC POWER CO | A | Dividend | J | T | | | | | |
| 5. AMER EXPRESS COMPANY | A | Dividend | J | T | | | | | |
| 6. APPLE INC | A | Dividend | J | T | | | | | |
| 7. BANK OF NOVA SCOTIA | A | Dividend | | | Sold | 12/24/18 | J | | |
| 8. BECTON DICKENSON CO | A | Dividend | J | T | Buy | 11/21/18 | J | | |
| 9. COCA COLA | | None | | | Sold | 01/12/18 | J | A | |
| 10. DIAGEO PLC SPSD ADR NEW | A | Dividend | J | T | Buy (add'l) | 05/01/18 | J | | |
| 11. DOWDUPONT INC COM | A | Dividend | J | T | | | | | |
| 12. DOMINION ENERGY INC | A | Dividend | | | Sold | 03/14/18 | J | A | |
| 13. DISNEY (WALT) CO COM STK | A | Dividend | J | T | | | | | |
| 14. EXXON MOBIL CORP COM | A | Dividend | J | T | Buy (add'l) | 01/12/18 | J | | |
| 15. ISHARES NASDAQ BIOTECH | A | Dividend | J | T | | | | | |
| 16. ISHARES MSCI EAFE | | None | | | Sold | 01/30/18 | K | C | |
| 17. ISHARES IBOXX $ | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. ISHARES TIPS BOND ETF | A | Dividend | J | T | | | | | |
| 19. VANGUARD FINANCIALS ETF | A | Dividend | J | T | | | | | |
| 20. VANGUARD INFORMATION TECH ETF | A | Dividend | J | T | Sold (part) | 08/29/18 | J | B | |
| 21. VANGUARD TELECOMM SRVCS ETF | | None | | | Sold | 03/06/18 | J | A | |
| 22. INVESCO EMERGING MARKETS (PREVIOUSLY: POWERSHARES EM SOVEREIGN) | A | Dividend | J | T | | | | | |
| 23. ISHARES 3-7 YEARS TREASURY BONDS ETF | A | Dividend | J | T | | | | | |
| 24. ISHARES MBS ETF | A | Dividend | K | T | | | | | |
| 25. VANGUARD INTERMEDIATE TERM BOND ETF | A | Dividend | K | T | Sold (part) | 06/22/18 | J | | |
| 26. ISHARES IBOXX$ HIGH YIEL CORPORATE BOND | A | Dividend | J | T | | | | | |
| 27. VANGUARD SHORT TERM BOND | A | Dividend | K | T | | | | | |
| 28. SPDR S&P INSURANCE ETF | A | Dividend | J | T | | | | | |
| 29. REAL ESTATE SELECT SECTOR SPDR FD SHS | A | Dividend | J | T | | | | | |
| 30. INVESCO PREFERRED ETF (PREVIOUSLY: POWERSHARES PREFERRED) | A | Dividend | J | T | | | | | |
| 31. HOME DEPOT INC | A | Dividend | J | T | | | | | |
| 32. INTEL CORP | | None | | | Sold (part) | 01/12/18 | J | A | |
| 33. | | | | | Sold | 01/16/18 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. VANECK VECTORS J.P. MORGAN EM LOCAL CURR | A | Dividend | J | T | | | | | |
| 35. ISHARES INC CORE MSCI EMERGING MKTS ETF | A | Dividend | J | T | | | | | |
| 36. INTL BUSINESS MACHINES CORP IBM | A | Dividend | | | Sold (part) | 10/25/18 | J | | |
| 37. | | | | | Sold | 10/26/18 | J | | |
| 38. JPMORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 39. JOHNSON AND JOHNSON COM | A | Dividend | J | T | Buy (add'l) | 11/02/18 | J | | |
| 40. KRAFT (THE) HEINZ CO SHS | | None | | | Sold | 01/12/18 | J | A | |
| 41. METLIFE INC COM | | None | | | Sold (part) | 01/31/18 | J | A | |
| 42. | | | | | Sold | 02/01/18 | J | A | |
| 43. MCDONALDS CORP COM | A | Dividend | J | T | Sold (part) | 11/02/18 | J | A | |
| 44. MICROSOFT CORP | A | Dividend | J | T | | | | | |
| 45. NEXTERA ENERGY INC SHS | A | Dividend | J | T | | | | | |
| 46. NORTHROP GRUMMAN CORP | A | Dividend | J | T | Buy (add'l) | 04/23/18 | J | | |
| 47. OCCIDENTAL PETE CORP CAL | A | Dividend | | | Sold (part) | 01/12/18 | J | A | |
| 48. | | | | | Sold | 01/16/18 | J | A | |
| 49. PNC FINCL SERVICES GROUP | A | Dividend | J | T | | | | | |
| 50. PHILLIP MORRIS INTL INC | A | Dividend | | | Sold | 01/16/18 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 51. PFIZER INC | A | Dividend | J | T | | | | | |
| 52. PROCTER & GAMBLE CO | A | Dividend | | | Sold | 04/26/18 | J | | |
| 53. RAYTHEON CO DELAWARE NEW | A | Dividend | J | T | | | | | |
| 54. ROYAL DUTCH SHEL PLC | A | Dividend | J | T | | | | | |
| 55. SIMON PROPERTY GROUP DEL | A | Dividend | J | T | | | | | |
| 56. HEALTH CARE SELECT SPDR | A | Dividend | J | T | | | | | |
| 57. SECTOR SPDR CONSMRS STPL | A | Dividend | J | T | Sold (part) | 01/31/18 | J | A | |
| 58. | | | | | Sold (part) | 03/06/18 | J | A | |
| 59. CONSUMER DISCRETIONARY SPDR | A | Dividend | J | T | Sold (part) | 03/28/18 | J | A | |
| 60. | | | | | Sold (part) | 10/18/18 | J | A | |
| 61. SECTOR SPDR ENERGY | A | Dividend | J | T | | | | | |
| 62. SECTOR SPDR INDUSTRIAL | A | Dividend | J | T | | | | | |
| 63. SECTOR SPDR UTILITIES | A | Dividend | J | T | Sold (part) | 01/31/18 | J | A | |
| 64. | | | | | Sold (part) | 03/06/18 | J | A | |
| 65. 3M COMPANY | A | Dividend | J | T | Sold (part) | 06/21/18 | J | A | |
| 66. UNITEDHEALTH GROUP INC | A | Dividend | J | T | | | | | |
| 67. UNITED TECHS CORP COM | A | Dividend | J | T | Buy (add'l) | 11/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 68. VERIZON COMMUNICATNS COM | A | Dividend | J | T | | | | | |
| 69. VISA INC CL A SHRS | A | Dividend | J | T | | | | | |
| 70. WALMART INC | A | Dividend | J | T | | | | | |
| 71. LOOMIS SAYLES STRATEGIC INC FD CL Y | B | Dividend | K | T | | | | | |
| 72. ACCENTURE PLC SHS | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 73. ALTRIA GROUP INC | A | Dividend | | | Buy | 01/12/18 | J | | |
| 74. | | | | | Sold | 04/23/18 | J | | |
| 75. AMAZON COM INC COM | | None | J | T | Buy | 10/26/18 | J | | |
| 76. AUTOMATIC DATA PROC | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 77. | | | | | Buy (add'l) | 01/16/18 | J | | |
| 78. INTUIT INC COM | A | Dividend | J | T | Buy | 06/21/18 | J | | |
| 79. PEPSICO INC | A | Dividend | J | T | Buy | 01/12/18 | J | | |
| 80. | | | | | Buy (add'l) | 05/01/18 | J | | |
| 81. STRYKER CORP | A | Dividend | J | T | Buy | 02/26/18 | J | | |
| 82. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 83. TJX COS INC NEW | A | Dividend | J | T | Buy | 06/21/18 | J | | |
| 84. TRAVELERS COS INC | A | Dividend | J | T | Buy | 03/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. WASTE MANAGEMENT INC NEW | A | Dividend | J | T | Buy | 01/16/18 | J | | |
| 86. | | | | | Sold (part) | 11/02/18 | J | | |
| 87. ZOETIS INC | A | Dividend | J | T | Buy | 01/16/18 | J | | |
| 88. COMM SERVICES SELECT | A | Dividend | J | T | Buy | 10/18/18 | J | | |
| 89. FIRST TRUST DOW JONES | | None | J | T | Buy | 03/06/18 | J | | |
| 90. ISHARES TR CORE MSCI EAF ETF | A | Dividend | K | T | Buy | 01/30/18 | K | | |
| 91. | | | | | Sold (part) | 06/20/18 | J | | |
| 92. MATERIALS SELECT SECTOR | A | Dividend | J | T | Buy | 03/06/18 | J | | |
| 93. | | | | | | | | | |
| 94. MANAGEMENT ACCOUNT ▒ :(H) | | | | | | | | | |
| 95. MERRILL LYNCH AS CUSTODIAN RETIREMENT ACCOUNT ▒ | C | Distribution | K | T | | | | | |
| 96. AT&T INC | A | Dividend | J | T | Sold (part) | 05/25/18 | J | A | |
| 97. JPMORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 98. WALMART INC | A | Dividend | J | T | | | | | |
| 99. BLACKROCK MULTIASSET | A | Dividend | | | Sold | 08/27/18 | J | | |
| 100. BLACKROCK EQTY DIVIDIEND | A | Dividend | J | T | | | | | |
| 101. ISHARES 20+ YEARS | A | Dividend | | | Sold | 08/24/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. LOOMIS SAYLES STRATEGIC | A | Dividend | J | T | | | | | |
| 103. TEMPLETON GLBL BOND FD | A | Dividend | J | T | | | | | |
| 104. VANGUARD MORTGAGE-BACKED SEC | A | Dividend | J | T | | | | | |
| 105. SHARES 1-3 YEAR | A | Dividend | J | T | Buy | 08/24/18 | J | | |
| 106. | | | | | | | | | |
| 107. MANAGEMENT ACCOUNT ▓ (H) | | | | | | | | | |
| 108. MERRILL LYNCH AS CUSTODIAN RETIREMENT ACCOUNT 60539 | C | Distribution | L | T | | | | | |
| 109. JPMORGAN CHASE & CO | A | Dividend | J | T | | | | | |
| 110. VERIZON COMMUNICATNS COM | A | Dividend | J | T | | | | | |
| 111. BLACKROCK EQTY DIVIDEND | B | Dividend | J | T | | | | | |
| 112. BLACKROCK GLOBAL | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 113. DELAFIELD | | None | | | Sold | 05/23/18 | J | | |
| 114. FAIRHOLME FUND | | None | | | Sold | 05/23/18 | J | | |
| 115. GABELLI DIV & INC TR | B | Dividend | K | T | | | | | |
| 116. ISHARES 20+ YEAR | A | Dividend | | | Sold | 08/23/18 | J | A | |
| 117. LOOMIS SAYLES STRATEGIC | A | Dividend | J | T | | | | | |
| 118. TEMPLETON GLBL BOND FD | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 07/01/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. VANGUARD SHORT-TERM | A | Dividend | J | T | | | | | |
| 120. VANGUARD MORTGAGE-BACKED | A | Dividend | J | T | | | | | |
| 121. ISHARES 1-3 YEAR | A | Dividend | J | T | Buy | 08/23/18 | J | | |
| 122. VANGUARD TOTAL STK MKT | A | Dividend | J | T | Buy | 08/23/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SINGLETON, JAMES K. | 07/01/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ JAMES K. SINGLETON**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544